IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PAUL JENSEN,<br><br>                      Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>                      Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-892-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead on March 5, 2018, recommending that the court affirm the Commissioner of Social Security's decision denying Plaintiff's claim for Supplemental Security Income. (Dkt. No. 27.)

      The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

      De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and the Commissioner's decision is hereby AFFIRMED.

DATED this 30th day of March, 2018.

BY THE COURT:

Dee Benson
United States District Judge